UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

NOAH SMITH and SAKIMA SMITH,

                                  Plaintiffs,

-against-

THE CITY OF NEW YORK; P.O. SALAAH BAYOUMI,
P.O. RAYMOND WILLIAMS, Sgt. BRIAN BEEGAN,
JOHN and JANE DOE 1-10,

                                  Defendants

----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-01563 (WFK)(SMG)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, New York 10007

By: _____
Robert Marinelli
*Attorney for Plaintiff Sakina Smith*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York, P.O. Salaah Bayoumi, P.O. Raymond Williams and Sergeant Brian Beegan*
100 Church Street
New York, New York 10007

By: _____
Joanne M. McLaren
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016